**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allace Cornellier, ) | |
| ) | |
| Plaintiff, ) | CV 04-0724-PHX-PGR (JM) |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Sandra Walker, et al., ) | |
| ) | |
| Defendants. ) | |

The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Marshall, entered on September 27, 2005, an no party having filed any objections to the Report and Recommendation,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 34)** is ACCEPTED and ADOPTED by the Court.

IT IS FURTHER ORDERED that Defendant Victor Ruboyianes's Motion to Dismiss First Amended Complaint for Failure to Exhaust Administrative Remedies (Doc. 25) is GRANTED. Therefore, this matter is DISMISSED without prejudice.

IT IS FURTHER ORDERED that all motions pending in this matter are DISMISSED as MOOT.

1 | DATED this 13th day of October, 2005.

_____
Paul G. Rosenblatt
United States District Judge

2